UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   John Ammlung                                                                CASE NO:        14-17878-amc

                                                                                                             CHAPTER:       13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION AND LIEN RELEASE

As to Claim 2 filed on 10/17/2014, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim has been satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo will release its lien and submit the appropriate documents to the Debtor(s)\borrowers. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

Dated: June 13, 2019                                                    STEWART, ZLIMEN & JUNGERS, LTD.

                                                                     By    /s/ Bradley J. Halberstadt
                                                                              Bradley J. Halberstadt
                                                                              Attorney in Fact
                                                                              2860 Patton Road
                                                                              Roseville, MN  55113
                                                                              Phone:  651-366-6380, Ext. 111
                                                                              Fax:  651-366-6383
                                                                              E-Mail:  brad@szjlaw.com

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on June 13, 2019, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.