United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 14-17878-amc
John Ammlung                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Mar 18, 2020
                            Form ID: 138NEW       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
```
db           +John Ammlung,    9974 Crestmont Avenue,    Philadelphia, PA 19114-1954
13400596      Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
13397322     +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
13484682     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
               Harrisburg, Pennsylvania 17101-1406
13397324     +United Revenue,    P.O. Box 1184,    Langhorne, PA 19047-6184
13406071      Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13397325     +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13397320      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:17:16     Capital One,
               P.O.Box 85520,    Richmond, VA 23285
13478724      E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:34     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13397321     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:17:17     Capital One,
               26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
13397323     +E-mail/Text: blegal@phfa.org Mar 19 2020 04:22:08     PA Housing Finance Agency,
               211 N Front St,    Harrisburg, PA 17101-1406
13463390      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:16:36
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor John  Ammlung brad@sadeklaw.com, bradsadek@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Ammlung
      Debtor(s)

Bankruptcy No: 14–17878–amc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 3/18/20

                                      50 – 49
                                 Form 138_new